UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TAYE ELLEBY,

       Plaintiff/Petitioner(s),

-against-

NEW YORK POST et al.

       Defendant/Respondent(s).

-------------------------------------------------------X

<u>ORDER GRANTING IFP APPLICATION</u>

<u>14</u>  Civ. <u>1323</u>  (UA  )

LORETTA A. PRESKA, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated: March 25, 2014
       New York, New York