UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
TAYE ELLEBY, :
:
       Plaintiff, :  CIVIL JUDGMENT
:
 -against- :  14-CV-1323 (LAP)
:
NEW YORK POST NEWSPAPER; FRANK :
ROSARIO, REPORTER; DANIEL :
PRENDERGAST, REPORTER, :
:
       Defendants. :
:
-------------------------------------------------------------X

  Pursuant to the order issued April 28, 2014, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

              _____
              LORETTA A. PRESKA
              Chief United States District Judge

Dated: April 28, 2014
   New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.